# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

QOL MEDICAL, LLC,

Appellant,

v.

SHAWNA SCHOENBECK,

Appellee.

No. 2D2024-0306
_____

April 8, 2026

Appeal from the Circuit Court for Pinellas County; W. Douglas Baird, Senior Judge.

Kristen M. Fiore of Akerman LLP, Tallahassee; Phillip J. Harris and Emily C. Ayvazian of Akerman LLP, Tampa, for Appellant.

Scott L. Terry and Christopher D. Gray of Florin Gray, Lutz, for Appellee

PER CURIAM.

Affirmed.


LUCAS, C.J., and BLACK and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.